

# Fourth Court of Appeals
## San Antonio, Texas

## JUDGMENT

No. 04-14-00825-CV

**IN THE INTEREST OF J.N.A.**, J.A.A., & A.B.D., Children

From the 57th Judicial District Court, Bexar County, Texas
Trial Court No. 2013-PA-02932
Honorable Charles E. Montemayor, Judge Presiding

BEFORE JUSTICE ANGELINI, JUSTICE ALVAREZ, AND JUSTICE PULLIAM

In accordance with this court's opinion of this date, the trial court's order is AFFIRMED. Appellant is indigent; no costs of court are taxed in this appeal.

SIGNED March 25, 2015.

_____
Patricia O. Alvarez, Justice